**Electronically Filed
Supreme Court
SCPW-18-0000889
21-NOV-2018
11:51 AM**

SCPW-18-0000889

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

HERMAN-LEE KAOPUA, SR., Petitioner,

vs.

JUSTIN F. KOLLAR, in his capacity as Prosecuting Attorney,
County of Kauaʻi; and STATE OF HAWAIʻI, Respondents.

---

ORIGINAL PROCEEDING
(S.P.P. NO. 18-1-0001)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Herman-Lee Kaopua, Sr.'s petition for writ of mandamus, filed on November 14, 2018, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner fails to demonstrate that he is entitled to the requested extraordinary writ. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action); Barnett v. Broderick, 84 Hawaiʻi 109, 111, 929 P.2d 1359, 1361 (1996) (with respect to a public official, mandamus relief is available to

compel an official to perform a duty allegedly owed to an individual only if the individual's claim is clear and certain, the official's duty is ministerial and so plainly prescribed as to be free from doubt, and no other remedy is available). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, November 21, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2